No. 04–7549. MATA v. NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 04–7556. JACKSON v. MASSACHUSETTS. App. Ct. Mass. Certiorari denied.

No. 04–7619. WILLIAMS, AKA FRANKLIN v. DINGLE, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 04–7625. MOSS v. TRENT, WARDEN. Sup. Ct. App. W. Va. Certiorari denied.

No. 04–7696. HADDAD v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 6th Cir. Certiorari denied.

No. 04–7704. GOMES v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 04–7721. DAWSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–7725. NUNEZ-RODELO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–7729. BERRY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–7730. BAEZ-LEON v. UNITED STATES; GARCIA-RAMIREZ v. UNITED STATES; LARIOS-ANDRADE v. UNITED STATES; YANEZ-GOVEA v. UNITED STATES; RAMIREZ-YANEZ v. UNITED STATES; and MARTINEZ-MARTINEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 110 Fed. Appx. 468 (fourth judgment) and 469 (sixth judgment); 111 Fed. Appx. 331 (fifth judgment) and 333 (third judgment); 112 Fed. Appx. 321 (first judgment) and 346 (second judgment).

No. 04–7737. MELVIN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–7739. GRANT v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 04–7742. HOWARD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.